UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

FREDY D. OSORIO,

    Plaintiff,

v.

STATE FARM BANK, F.S.B.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §1332. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3.    This Court has diversity jurisdiction. The citizenship of the parties are diverse, Florida and Illinois. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

4.  Plaintiff, FREDY D. OSORIO is a natural person, and citizen of the State of Florida, residing in Broward, Florida.

5.  Defendant, STATE FARM BANK, F.S.B., is a federal savings association and citizen of the State of Illinois with its principal place of business at E-6, One State Farm Plaza, Bloomington, Illinois 61710.

## FACTUAL ALLEGATIONS

6.  For many months Defendant has been placing calls to Plaintiff's cellular telephone. On occasion there had been more than one call per day, the total number of calls exceeds 50. Plaintiff believes there were between 400 and 1,000 calls.

7.  Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

8.  None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A)(iii).

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

9.  Plaintiff incorporates Paragraphs 1 through 8.

10. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. a declaration that Defendant's calls violate the TCPA;

c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658