UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61880-Civ-Middlebrooks/Johnson

FREDY D. OSORIO,

    Plaintiff,
v.

STATE FARM BANK, F.S.B.,

    Defendant.
_____/

STATE FARM BANK, F.S.B.,

    Third-Party Plaintiff,
v.

CLARA BETANCOURT,

    Third-Party Defendant.
_____/

## NOTICE OF WITHDRAWAL OF ARGUMENT CONTAINED IN MOTION TO DISMISS (DE 22)

Third-Party Defendant, Clara Betancourt, gives notice of withdrawal of that portion of her argument, contained in her Motion to Dismiss (DE 22), that Mr. Osorio's telephone number did not come into existence until October of 2008. At the deposition of MetroPCS, held subsequent to the motion's filing, its corporate representative clarified the distinction between a "subscriber activation date" and an "account activation date":

> Q.  Okay.  I guess that's what I'm getting at. What can we -- what do we know exactly about what may have happened on 10/16/2008?

> A. The term "subscriber activation date" is a little fooling in the respect that it makes you believe –
>
> MR. YARBROUGH: I'm sorry, sir. I'm sorry, sir.
>
> THE WITNESS: Yes?
>
> MR. YARBROUGH: I'm sorry, sir. I didn't hear the word you said. It's a little what?
>
> THE WITNESS: Oh, you get fooled by the term "subscriber activation date."

Deposition of Metro PCS, DE 33-1, page 22 lines 3 to 15.

The witness clarified that the account was actually originated in 2006, and that a number or device change occurred in 2008. Deposition of Metro PCS, DE 33-1, generally. Thus, Ms. Betancourt withdraws this portion of her argument.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61880-Civ-Middlebrooks/Johnson

FREDY D. OSORIO,

    Plaintiff,

v.

STATE FARM BANK, F.S.B.,

    Defendant.
_____/

STATE FARM BANK, F.S.B.,

    Third-Party Plaintiff,

v.

CLARA BETANCOURT,

    Third-Party Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>March 23, 2012</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                              s/Donald A. Yarbrough
                                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Paul L. Nettleton, Esq.
Carlton Fields, P.A.
Suite 4200, Miami Tower
100 SE Second Street
Miami, FL 33131
Telephone: 305-530-0050
Facsimile: 305-530-0055

Via Notices of Electronic Filing generated by CM/ECF