UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61880-cv-MIDDLEBROOKS/JOHNSON

FREDY D. OSORIO,

    Plaintiff,

v.

STATE FARM BANK, F.S.B.,

    Defendant /Third-Party Plaintiff

v.

CLARA BETANCOURT

    Third-Party Defendant
_____/

## DEFENDANTS' NOTICE OF FILING CLARA BETANCOURT'S ANSWERS TO STATE FARM BANK'S INTERROGATORIES

Defendant/Third-Party Plaintiff, State Farm Bank, F.S.B., through its undersigned counsel, hereby gives notice of filing Third-Party Defendant, Clara Betancourt's answers to Defendant/Third-Party Plaintiff's State Farm Bank, F.S.B.'s Interrogatories attached hereto as Exhibit A, in support of its Motion for Summary Judgment.

Dated: March 26, 2012

s/ *Paul L. Nettleton*
Paul L. Nettleton (396583)
E-mail: pnettleton@carltonfields.com
Aaron S. Weiss (48813)
E-mail: aweiss@carltonfields.com
Carlton Fields, P.A.
100 SE Second Street, Suite 4200
Miami, Florida  33131
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055

*Attorneys for Defendant/ Third-Party Plaintiff State Farm Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Paul L. Nettleton*
Paul L. Nettleton

## SERVICE LIST

Donald A. Yarbrough, Esq.
E-mail: donyarbrough@mindspring.com
P.O. Box 11842
Ft. Lauderdale, FL 33339
Tel: 954-537-2000
Fax: 954-566-2235
(Via CM/ECF)

*Attorney for Plaintiff Fredy D. Osorio and Third-Party Defendant Clara Betancourt*