

SOURCE: Sfagentapp T1      APPLYING: In-Office        REF NUMBER: 01298560
AGENT CODE: 592787          EMAIL ALIAS : NEHN         IP Address :
NAME: CLARA BETANCOURT
RESIDENCE ADDRESS LINE 1: 3610 SW 40TH COURT
                    LINE 2:
CITY STATE ZIP: HOLLYWOOD, FL 33023            CITY STATE ZIP: .
SOCIAL SECURITY NUMBER: ▆▆▆▆▆            DATE OF BIRTH: ▆▆▆ 966
HOUSING STATUS: Own
HOME PHONE: 954-963-1917                       CELL PHONE: 754-244-8626
MOTHERS MAIDEN NAME: PRADA
ANNUAL HOUSEHOLD INCOME: $85000.00 per year    MONTHLY HOUSING PAYMENT: $1455.00
EMAIL ADDRESS:
IS APPLICANT CURRENTLY A STATE FARM CUSTOMER: YES 1 YEARS
STATE FARM POLICY(S)/ACCOUNT(S) OWNED:
                 AUTO: YES HOMEOWNERS/RENTERS: NO LIFE: NO HEALTH: NO
                 BANK: NO MUTUAL FUNDS: NO OTHER: NO
EMPLOYER NAME: SILVA AND JAEL          WORK PHONE: 954-549-7596
CREDIT PROTECTION PROGRAM: NO

## CO-APPLICANT INFORMATION (OPTIONAL):

COAPP NAME:
SOCIAL SECURITY NUMBER:
DATE OF BIRTH:
INFORMATION REQUESTED:

AUTHORIZED USERS
NAME:
SOCIAL SECURITY NUMBER:



EXHIBIT 1

OSORIO 000293