UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61880-Civ-Middlebrooks/Johnson

FREDY D. OSORIO,

    Plaintiff,

v.

STATE FARM BANK, F.S.B.,

    Defendant.
_____/

STATE FARM BANK, F.S.B.,

    Third-Party Plaintiff,

v.

CLARA BETANCOURT,

    Third-Party Defendant.
_____/

## DECLARATION OF FREDY D. OSORIO IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Fredy D. Osorio, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true:

1. I am over 18 years of age and I have personal knowledge of the facts stated herein.

2. I am the Plaintiff in this lawsuit.

3. My cellular telephone number is 754-244-8626.

4. I never provided my cellular telephone number to Defendant.

1

      5.      I never authorized Defendant to call my cellular telephone number using an automatic telephone dialing system or using pre-recorded messages.

      6.      On two separate occasions, I told Defendant to stop calling my phone.

      7.      My telephone number is in my name only; I am the only telephone subscriber for my cellular telephone service, and have always been the only telephone subscriber for my cellular telephone service.

      8.      I have no relationship with Defendant of any kind.

      9.      Defendant knew that the calls were placed to my cellular telephone because I told Defendant that they were calling my cellular telephone.

Executed this 26 day of March, 2012.

                                                  <u>s/ Fredy D. Osorio</u>
                                                  Fredy D. Osorio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61880-Civ-Middlebrooks/Johnson

FREDY D. OSORIO,

    Plaintiff,

v.

STATE FARM BANK, F.S.B.,

    Defendant.
_____/

STATE FARM BANK, F.S.B.,

    Third-Party Plaintiff,

v.

CLARA BETANCOURT,

    Third-Party Defendant.
_____/

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on March 26, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                       s/Donald A. Yarbrough
                                                       Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Mr. Paul L. Nettleton, Esq.
Carlton Fields, P.A.
Suite 4200, Miami Tower
100 SE Second Street
Miami, FL 33131
Telephone: 305-530-0050
Facsimile: 305-530-0055

Via Notices of Electronic Filing generated by CM/ECF