UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61880-cv-MIDDLEBROOKS/BRANNON

FREDY D. OSORIO,

    Plaintiff,

v.

STATE FARM BANK, F.S.B.,

    Defendant / Third-Party-Plaintiff

v.

CLARA BETANCOURT

    Third-Party Defendant
_____/

## JOINT STIPULATION TO VACATE FINAL JUDGMENT PURSUANT TO APPELLATE COURT'S MANDATE AND FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Fredy D. Osorio, Defendant/Third-Party Plaintiff, State Farm Bank, F.S.B., and Third-Party Defendant, Clara Betancourt, by and through their respective undersigned counsel, hereby stipulate and agree that: (1) this Court should vacate the Final Judgment [D.E. 96] pursuant to the Eleventh Circuit's Judgment and Opinion dated March 28, 2014 and its Mandate issued May 9, 2014 [D.E. 108]; (2) the claim and action of Plaintiff, Fredy D. Osorio, against Defendant, State Farm Bank, F.S.B., be dismissed with prejudice, each party to bear their own attorneys' fees and costs; (3) the third-party claims and action of Defendant/Third-Party Defendant, State Farm Bank, F.S.B., against Third-Party Defendant, Clara Betancourt, be dismissed with prejudice, each party to bear their own attorneys' fees and costs; and (4) the Court enter the attached or simultaneously submitted proposed Order Vacating Final Judgment and Final Order of Dismissal With Prejudice, concluding this action.

Signature Page Follows.

Dated:  September 25, 2014

| | |
|---|---|
| _s/ Donald A. Yarbrough_<br>Donald A. Yarbrough  (FBN:  158658)<br>E-mail:  don@donyarbrough.com<br>P.O. Box 11842<br>Fort Lauderdale, Florida 33339<br>Telephone: (954) 537-2000<br>Facsimile:  (954) 566-2235 | _s/ Paul L. Nettleton_<br>Paul L. Nettleton (FBN:  396583)<br>E-mail: pnettleton@cfjblaw.com<br>Carlton Fields Jorden Burt, P.A.<br>100 SE Second Street, Suite 4200<br>Miami, Florida  33131<br>Telephone: (305) 530-0050<br>Facsimile:      (305) 530-0055 |
| *Attorney for Plaintiff, Fredy D. Osorio, and Third-Party Defendant, Clara Betancourt* | *Attorneys for Defendant/Third-Party Plaintiff, State Farm Bank, F.S.B.* |