UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61880-cv-MIDDLEBROOKS/BRANNON

FREDY D. OSORIO,

    Plaintiff,

v.

STATE FARM BANK, F.S.B.,

    Defendant / Third-Party-Plaintiff

v.

CLARA BETANCOURT

    Third-Party Defendant
_____/

### ORDER VACATING FINAL JUDGMENT AND FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Joint Stipulation to Vacate Final Judgment Pursuant to Appellate Court's Mandate and for Final Order of Dismissal with Prejudice [D.E. 112] executed by counsel for Plaintiff, Fredy D. Osorio, Defendant/Third-Party Plaintiff, State Farm Bank, F.S.B., and Third-Party Defendant, Clara Betancourt, and the Court having reviewed the file, being advised that the parties stipulate to entry of this order, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED**:

1. The Final Judgment [D.E. 96] signed on January 31, 2013 and entered on the docket on February 1, 2013 in this matter is hereby vacated.

2. The claim and action of Plaintiff, Fredy D. Osorio, against Defendant, State Farm Bank, F.S.B., and the third-party claims and action of Defendant/Third-Party Plaintiff, State Farm Bank, F.S.B., against Third-Party Defendant, Clara Betancourt, are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 26th day of September, 2014.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record